JOHN T. McLAUGHLIN, DEFENDANT IN ERROR, v. ROBERT DAVIS, PLAINTIFF IN ERROR.

Submitted December 12, 1899—Decided March 5, 1900.

On error to the Supreme Court.

For the plaintiff in error, *John J. Mulvaney.*

For the defendant in error, *Babbitt & Lawrence.*

PER CURIAM.

The case furnished the court discloses no exceptions sealed by the trial judge. There being no error in the record, the judgment must be affirmed.

*For affirmance*—THE CHIEF JUSTICE, COLLINS, DEPUE, DIXON, GARRISON, GUMMERE, LUDLOW, VAN SYCKEL, ADAMS, BOGERT, HENDRICKSON, NIXON, VREDENBURGH. 13.

*For reversal*—None.